# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC | § § § § | |
| Plaintiff, | § | Case No: 1:19-cv-00847-CFC |
| vs. | § § § | |
| MBIENTLAB INC., | § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Battery Conservation Innovations, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Battery Conservation Innovations, LLC hereby voluntarily dismisses this action against Mbientlab Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 21, 2019            Respectfully submitted,

*/s/ Stamatios Stamoulis*
**STAMATIOS STAMOULIS (#4606)**
**STAMOULIS & WEINBLATT LLC**
Two Fox Point Centre
6 Denny Rd.
Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

**ATTORNEYS FOR PLAINTIFF**